# Order

**Lansing, Michigan**

September 16, 2016

Robert P. Young, Jr.,
Chief Justice

Rehearing No. 613

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151277(93)

ROBERT ARBUCKLE, Personal Representative
of the Estate of CLIFTON M. ARBUCKLE,
                Plaintiff-Appellee,

v

GENERAL MOTORS, LLC,
                Defendant-Appellant.
_____/

SC: 151277
COA: 310611
MCAC: 11-000043

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2016



Clerk